# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TERRI SLAUGHTER-CABBELL and LANA HOOKS, individually and on behalf of others similarly situated,** | )<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| vs. | ) Case No.:1:11-CV-00202 (WSD)<br>)<br>) |
| **RYLA TELESERVICES, INC.,** | )<br>) |
| **Defendant.** | )<br>) |
| _____ | ) |

## ORDER

This matter came before the Court on the parties' Joint Stipulation of Settlement. The parties have reached a settlement agreement in this matter and in the related matter, <u>Johnson v. Ryla Teleservices, Inc.</u>, 1:11-cv-4311 (WSD). Having reviewed the parties' settlement agreement, the Court orders as follows:

1. The parties shall send notice of the settlement to the Opt-in Plaintiffs;

2. A hearing on the parties' joint motion for approval of the settlement shall be held on <u>December 17, 2012</u> at <u>9:30 a.m.</u>

3. A hearing on Plaintiffs' unopposed motion for approval of Plaintiffs' attorney's fees and costs will be scheduled at a later date.

**SO ORDERED** this 19th day of September, 2012.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE