Case 1:11-cv-00202-WSD   Document 361   Filed 12/17/12   Page 1 of 2

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 17 2012

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRI SLAUGHTER-CABBELL and LANA HOOKS, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RYLA TELESERVICES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION FILE <br> NO. <u>1:11-CV-202-WSD</u> |

## ~~PROPOSED~~ ORDER GRANTING UNOPPOSED MOTION TO SEAL

THIS MATTER is before the Court upon the Defendant's Unopposed Motion to Seal. The Court having reviewed the Motion to Seal, and being fully advised of its premises, the Motion to Seal is **GRANTED**. An unredacted version of the Settlement Agreement filed as Exhibit A to the Declaration of David E. Schlesinger in Support of the Parties' Joint Motion for Settlement Approval (the "Schlesinger Approval Declaration"); a list reflecting the allocation of individual settlement payments to each of the Plaintiffs, filed as Exhibit B to the Schlesinger Approval Declaration; the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Attorneys' Fees and Litigation Expenses; and the

19770425.1

Declaration of David E. Schlesinger in Support of Plaintiffs' Unopposed Motion for Attorneys' Fees and Litigation Expenses, are hereby **SEALED**.

**SO ORDERED** this 17th day of December, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE
WILLIAM S. DUFFEY

19770425.1