**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**TERRI SLAUGHTER-CABBELL,
LANA HOOKS, & CHINELA N.
JOHNSON, individually and on
behalf of others similarly situated,**

**Plaintiffs,**

**1:11-cv-00202-WSD**

**1:11-cv-4311-WSD**

**v.**

**RYLA TELESERVICES, INC.,**

**Defendant.**

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

Having considered the supporting memorandum of law, declaration, and exhibits, and the arguments of counsel, the Court hereby **GRANTS** Plaintiffs' Unopposed Motion for Attorneys' Fees and Litigation Expenses and **ORDERS** that Plaintiffs are awarded attorneys' fees and reimbursement of costs in the amounts set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Attorneys' Fees and Litigation Expenses.

**SO ORDERED** this 3rd day of January, 2013.


_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE